IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

ALBERTO SOLAR CARMONA,                    *

              Petitioner,         *

v.                                                        Case No.  4:26-cv-19 (CDL)

                                      *

WARDEN STEWART DETENTION CENTER,

                                      *

              Respondent.

                                      *

## J U D G M E N T

Pursuant to this Court's Order dated May 13th, 2026 and for the reasons stated therein, JUDGMENT is hereby dismissing this action.

This 13th day of May 2026.

                               David W. Bunt, Clerk


                               s/ Timothy L. Frost, Deputy Clerk